**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:04CR108</u>          Recorder: <u>CS 2-17-04</u>          Date: <u>02/17/2004</u>

Present: The Honorable <u>Rosalyn M. Chapman</u>, U.S. Magistrate Judge

Court Clerk: <u>Maria Cortez & Linda Jackson Williams</u>     Assistant U.S. Attorney: <u>Matthew Umhofer & Seal Lokey - AUSA</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JOHNNY WILKES<br>    Custody - Present | Angel Navarro, S/A for<br>Angela Parrott<br>    DFPD - PREVIOUSLY<br>APPOINTED - PRESENT | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is <u>as charged</u>.

Defendant is given a copy of the <u>Indictment</u>, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the <u>Indictment</u>.

Court orders this case <u>assigned</u> to the calendar of U.S. District Judge <u>Stephen V. Wilson</u> for/and <u>further orders jury trial set for</u> <u>APRIL 6, 2004 AT 9:00 AM</u>. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Court orders notice to counsel and discovery and inspection order issued.

Other:

cc: PSA, Statistics Clerk, USM LA

Initials of Deputy Clerk: mc



ENTER ON ICMS

FEB 19 2004