1 | DEBRA W. YANG
United States Attorney
2 | STEVEN D. CLYMER
Special Assistant United States Attorney
3 | Chief, Criminal Division
BEONG-SOO KIM (Cal. State Bar No. 212911)
4 | Assistant United States Attorney
    1200 United States Courthouse
5 |  312 North Spring Street
    Los Angeles, California 90012
6 |  Telephone:  (213) 894-3868
    Facsimile:  (213) 894-0141
7 |
Attorneys for Plaintiff
8 | UNITED STATES OF AMERICA

9 |              UNITED STATES DISTRICT COURT

10 |       FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,  )  No. CR 04-108-SVW
                               )
12 |              Plaintiff,    )  [PROPOSED] ORDER RE GRAND JURY
                               )  TRANSCRIPT
13 |              v.            )
                               )
14 | JOHNNY WILKES,            )
                               )
15 |              Defendants.   )
                               )
16 | _____)

17 |

18 |      IT IS HEREBY ORDERED that plaintiff United States of

19 | American may supply counsel for defendant Johnny Wilkes with a

20 | copy of the grand jury testimony of any witness the government

21 | may call at trial.  This order is being entered to permit

22 | compliance with the disclosure provision of the <u>Jencks</u> Act, 18

23 | U.S.C. § 3500.

24 |      IT IS FURTHER ORDERED that defense counsel shall not

25 | disclose such grand jury testimony to any other persons, except

26 | as necessary in preparation of the defense, without prior

27 | authorization from this Court, and that the copy of the

28 | testimony provided to defense counsel (and any reproductions or

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTER ON ICMS

AUG 11 2004

52

1   copies made of the produced copy) shall be returned to the

2   government at the conclusion of proceedings in this case.

3   DATED:  August __9__, 2004

4

5   _____
    HONORABLE STEPHEN V. WILSON

6   United States District Judge

7

    Presented by:
8
    DEBRA W. YANG
9   United States Attorney

10

11  _____
    BEONG-SOO KIM
12  Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Lisa Ortiz, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**[PROPOSED] ORDER RE GRAND JURY TRANSCRIPT**
service was:

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**ANGELA PARROTT**
**DEPUTY FEDERAL PUBLIC DEFENDER**

This Certificate is executed on **August 3, 2004**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Lisa Ortiz