# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:04CR108(A)SVW</u>        Recorder: <u>CS 08/09/04</u>        Date: <u>08/09/2004</u>

Present: The Honorable <u>Carolyn Turchin</u>, U.S. Magistrate Judge

Court Clerk: <u>Maria Cortez & Linda Jackson Williams</u>    Assistant U.S. Attorney: <u>Alex Bustamante/Jaime Guerrero</u>

| **United States of America v.** | **Attorney Present for Defendant(s)** | **Language** | **Interpreter** |
|---|---|---|---|
| JOHNNY WILKES<br>Bond-Present | S/A by Guy Iversen for Angela Parrott<br>    DFPD - Previously Appointed-Present | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is <u>as charged</u> .

Defendant is given a copy of the FIRST SUPERSEDING INDICTMENT, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the <u>FIRST SUPERSEDING INDICTMENT</u>.

Court orders this case <u>previously assigned</u> to the calendar of U.S. District Judge <u>Stephen V. Wilson</u> for/and <u>further proceedings, further orders jury</u> trial set for <u>August 17, 2004 at 9:00 a.m.</u>. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other:

Initials of Deputy Clerk: <u>ljw</u>

cc: PSA, Statistics Clerk, USM LA



ENTER ON ICMS
AUG 1 2 2004