1  MARIA E. STRATTON (No. 090986)
   Federal Public Defender
2  ANGELA G. PARROTT (No. 172431)
   Deputy Federal Public Defender
3  Office of the Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone (213) 894-4740
5  Facsimile (213) 894-0081

6  Attorneys for Defendant
   JOHNNY WILKES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | NO. CR 04-108(B)-SVW |
| 13 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| 14 | v. | SENTENCING DATE |
| 15 | JOHNNY WILKES, | Current Date: 1/24/05 Current Time: 11:00 a.m. |
| 16 | Defendant. | |
| 17 | | Proposed Date: 1/31/05 Proposed Time: 11:00 a.m. |

19   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,
20  United States of America, by and through its attorney of record, Assistant United
21  States Attorney Beong-Soo Kim, and defendant Johnny Wilkes, by and through his
22  attorney of record, Deputy Federal Public Defender Angela G. Parrott, that the
23  sentencing in this matter be continued from January 24, 2005, at 11:00 a.m., to
24  January 31, 2005, at 11:00 a.m.

25  \\
26  \\
27  \\
28  \\

This is continuance is being made at the request of the defense with no objection from the government, because defense counsel has a suppression hearing scheduled for January 24, 2005, at 11:00 a.m., before the Honorable J. Spencer Letts, in <u>United States v. Carlos Ceballos</u>, CR 04-457-JSL, which will have the testimony of approximately four police officers, and will take several hours.

                                        Respectfully submitted,

                                        MARIA E. STRATTON
                                        Federal Public Defender

DATED: December 12, 2004     By /s/ Angela G. Parrott
                                        ANGELA G. PARROTT
                                        Deputy Federal Public Defender


                                        DEBRA W. YANG
                                        United States Attorney

DATED: December __, 2004     By _____
                                        BEONG-SOO KIM
                                        Assistant United States Attorney



IT SO ORDERED. The sentencing hearing in this case is continued to January 31, 2005, at 11:00 a.m.


Dated: _____
                                        HONORABLE STEPHEN V. WILSON
                                        United States District Judge

This is continuance is being made at the request of the defense with no objection from the government, because defense counsel has a suppression hearing scheduled for January 24, 2005, at 11:00 a.m., before the Honorable J. Spencer Letts, in United States v. Carlos Ceballos, CR 04-457-JSL, which will have the testimony of approximately four police officers, and will take several hours.

Respectfully submitted,

MARIA E. STRATTON
Federal Public Defender

DATED: December /2, 2004    By /s/ Angela G. Parrott
ANGELA G. PARROTT
Deputy Federal Public Defender


DEBRA W. YANG
United States Attorney

DATED: December 6, 2004    By /s/
BEONG-SOO KIM
Assistant United States Attorney


IT SO ORDERED. The sentencing hearing in this case is continued to January 31, 2005, at 11:00 a.m.

Dated: 12/9/04    /s/
HONORABLE STEPHEN V. WILSON
United States District Judge

2

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE.**

On December 7, 2004 following ordinary business practice, service was:

| [X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

[ ] By facsimile as follows:

| BEONG-SOO KIM | TED NEFF |
|---|---|
| Assistant United States Attorney | United States Probation Officer |
| United States Courthouse | United States Courthouse |
| 312 N. Spring St., Rm. 1227 | 312 N. Spring Street, 7th Floor |
| Los Angeles, CA 90012 | Los Angeles, CA 90012 |

This proof of service is executed at Los Angeles, California, on December 7, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maria G. Gutierrez*
MARIA G. GUTIERREZ