UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 0 7 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-50097 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00108-SVW-1 |
| v. | Central District of California, Los Angeles |
| JOHNNY WILKES, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

_____
Nanette Woh
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\06.05\nw\05-50097v.wpd

